# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
**ADC #149998C**

**v.**  **No: 2:20-cv-66-DPM-PSH**

**CALVIN ARNETT, Sergeant, EARU;**
**DOUGLAS SWINEY, Lieutenant, EARU;**
**ROOSEVELT BEARDEN, Captain, EARU;**
**AMANDA GRANGER, Former Lieutenant,**
**EARU; BERNARD HAMILTON, JR., Sergeant,**
**EARU; KENYON RANDLE, Major, EARU;**
**TIANTHA WESTBROOK, Sergeant, EARU;**
**DEMARCUS LEWIS, Corporal, EARU;**
**DENNIS UGBAJA, Corporal, EARU;**
**JAMIE LEAK, Corporal, EARU; and**
**JOHN DOES, Officers, EARU**  **DEFENDANTS**

## ORDER

Motion, *Doc. 38*, granted. Terry's claims against Defendant Lewis are voluntarily dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2020