# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JARELL D. TERRY                                                                                PLAINTIFF
ADC #149998C

v.                                      No: 2:20-cv-66-DPM-PSH

CALVIN ARNETT, Sergeant, EARU;
AMANDA GRANGER, Former Lieutenant,
EARU; BERNARD HAMILTON, JR., Sergeant,
EARU; and KENYON RANDLE, Major, EARU                      DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 77*, and overrules Terry's objections, *Doc. 81*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court has reviewed Terry's exhibits, *Doc. 79*, but his motion for summary judgment is still too early. Thus, Terry's motion, *Doc. 58*, is denied without prejudice. After the parties complete discovery, and exhaustion is addressed, Terry may seek summary judgment.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 November 2020