IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY                                                                  PLAINTIFF
ADC #149998C

v.                          No: 2:20-cv-66-DPM-PSH

CALVIN ARNETT, Sergeant, EARU;
AMANDA GRANGER, Former Lieutenant,
EARU; BERNARD HAMILTON, JR., Sergeant,
EARU; and KENYON RANDLE, Major, EARU         DEFENDANTS

ORDER

Objection, *Doc. 91*, overruled. Magistrate Judge Harris did not clearly err or misapply the law in denying Terry's motion to join the ADC as a party, motions to strike, motion for an evidentiary hearing, and motion to compel discovery despite the stay. *Doc. 89*; FED. R. CIV. P. 72(a). As Magistrate Judge Harris noted, if Terry wants to amend his complaint, then he must file a motion for leave to amend and attach a copy of the proposed amended complaint. *Doc. 89 at 2 n.2*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2020