IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY                                                        PLAINTIFF
ADC #149998C

v.                              No: 2:20-cv-66-DPM-PSH

CALVIN ARNETT, Sergeant, EARU;
AMANDA GRANGER, Former Lieutenant,
EARU; BERNARD HAMILTON, JR., Sergeant,
EARU; and KENYON RANDLE, Major, EARU        DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 112*, and overrules Terry's objections, *Doc. 119*. FED. R. CIV. P. 72(b)(3). This isn't a case where the ADC excused a blatant procedural flaw in addressing the merits of Terry's grievance. Motion for summary judgment, *Doc. 93*, granted. Terry's claims against Hamilton and Randle are dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2021