# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JARELL D. TERRY**  **PLAINTIFF**
**ADC #149998C**

v.　　　　　No. 2:20-cv-66 DPM-PSH

**CALVIN ARNETT, Sergeant, EARU; and**
**AMANDA GRANGER, Former Lieutenant,**
**EARU**　　　　　**DEFENDANTS**

## ORDER

Terry's motion for judgment on partial findings, *Doc. 149*, is denied as premature; and his request to hold that motion in abeyance, *Doc. 153*, is denied. Terry may file his dispositive motion after discovery is completed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

　24 August 2021