IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY
ADC #149998C                                                                      PLAINTIFF

v.                              No. 2:20-cv-66-DPM

CALVIN ARNETT, Sergeant,
ERAU, and AMANDA GRANGER,
Former Lieutenant, EARU                                                     DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 173*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Terry's motion for injunctive relief, *Doc. 172*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2021