IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY
ADC #149998C                                                           PLAINTIFF

v.                      No: 2:20-cv-66 DPM

CALVIN ARNETT, Sergeant, EARU; and
AMANDA GRANGER, Former Lieutenant,
EARU                                                                  DEFENDANTS

## ORDER

Terry's motion for judgment on partial findings, *Doc. 184*, is denied as premature. Terry may file his dispositive motion after discovery is completed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 January 2022