IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY
ADC #149998C                                                                    PLAINTIFF

v.                      No. 2:20-cv-66-DPM-PSH

CALVIN ARNETT, Sergeant,
EARU; and AMANDA GRANGER,
Former Lieutenant, EARU                                                        DEFENDANTS

## ORDER

Motion, *Doc. 199*, granted. Terry's claims against Granger are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022