IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JARELL D. TERRY  PLAINTIFF
ADC #149998C

v.  No: 2:20-cv-66-DPM-PSH

CALVIN ARNETT, Sergeant, EARU  DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 221*, and overrules Terry's objections, *Doc. 224*. FED. R. CIV. P. 72(b)(3). Video evidence blatantly contradicts Terry's account of what happened to him and reveals that Arnett's use of force was not unconstitutional in the circumstances. Arnett's motion for summary judgment, *Doc. 201*, is therefore granted. Terry's motion for summary judgment, *Doc. 217*, and his motion to amend his request for relief, *Doc. 225*, are denied. Terry's claim against Arnett will be dismissed with prejudice. Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 August 2022